# Commonwealth of Massachusetts

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 15-03674

Fernando Cunha, on behalf of himself and all others similarly situated, Plaintiff(s)

v.

Avis Budget Car Rental, LLC, Defendant(s)

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Law Office of Maura Greene, LLC

plaintiff's attorney, whose address is 6 Beacon St.,Ste.205,Boston,MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Boston, the 29th day of February, in the year of our Lord two thousand sixteen.

Michael Joseph Donovan

Clerk/Magistrate

A true copy Attest
3/24/16
Deputy Sheriff Suffolk County

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ____________, 201___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

______________________________________________

______________________________________________

______________________________________________

Dated: ______________, 201____.    ______________________________

**N.B. TO PROCESS SERVER: –**
**PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| ,201 . |
|---|

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 15-03674

Fernando Cunha, on behalf of himself and all others similarly situated, Plff(s).

v.

Avis Budget Car Rental, LLC, Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss. Superior Court Trial Department
Civ. A. No. 15-03674

| | |
|---|---|
| FERNANDO CUNHA, on behalf of himself and all others similarly situated, | ) |
| Plaintiffs, | ) |
| v. | ) |
| AVIS BUDGET CAR RENTAL, LLC, | ) |
| Defendant. | ) |

RECEIVED
FEB 24 2016
SUPERIOR COURT-CIVIL
MICHAEL JOSEPH DONOVAN
CLERK/MAGISTRATE

**FIRST AMENDED COMPLAINT**

1. Plaintiff Fernando ("Fred") Cunha spent over 11 years working for defendant Avis Budget Car Rental, LLC ("Avis"), as a "damage manager." In that role, Mr. Cunha appraised damage to Avis' rental vehicles, ordered parts, processed rentals, wrote estimates, and sent vehicles to outside shops for repair. In exchange for that work, Avis paid Mr. Cunha a fixed annual salary, but it did not pay him overtime when he worked more than 40 hours in a workweek, which he routinely did.

2. In this action, Mr. Cunha claims that Avis' failure to pay overtime compensation violates the Massachusetts Overtime Law, M.G.L. c. 151, §§ 1A and 1B, and the Massachusetts Wage Act, M.G.L. c. 149, § 148, because Avis was not entitled to treat him as an overtime exempt employee. Mr. Cunha brings those claims on an individual basis and, as to those claims, seeks restitution for all of his unpaid overtime, as well as treble damages, interest, costs, and attorneys' fees.

3. Mr. Cunha also claims that Avis' failure to pay overtime violates the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, because Avis is not entitled to treat its damage

managers as overtime exempt employees. Mr. Cunha brings that claim on behalf of himself and all others similarly situated. As to that claim, Mr. Cunha seeks restitution for himself and all others similarly situated for their unpaid overtime, as well as liquidated damages, interest, costs, and attorneys' fees.

**The Parties**

4. Fernando Cunha is an adult resident of Milton, New Hampshire. He was employed by the defendant Avis Budget Car Rental, LLC, during the last three years. He worked for the defendant at 375 McClellan Highway in Boston, Massachusetts 02128.

5. As to his claim under the FLSA, Mr. Cunha brings this action on behalf of himself and all others similarly situated, namely, all damage managers who have worked for Avis in the United States during the applicable three-year statute of limitations, and who have not been paid overtime compensation.

6. Avis Budget Car Rental, LLC is a foreign limited liability company doing business in Massachusetts and registered to do business in Massachusetts. The defendant's principal place of business in the Commonwealth of Massachusetts is located at 375 McClellan Highway in Boston, Massachusetts 02128.

**Statement of Facts**

7. Mr. Cunha was employed by Avis as a damage manager at its 375 McClellan Highway location for about 11 years. Throughout his employment, Avis paid Mr. Cunha a fixed annual salary, but did not pay him overtime compensation when he worked more than 40 hours in a workweek.

8. Avis employs numerous damage managers at its car rental facilities across the United States. On information and belief, Avis considers the "damage manager" position to be a

"managerial" position that is exempt from overtime compensation. Accordingly, Avis does not pay its damage managers overtime compensation.

9. As a result of classifying its damage managers as exempt from overtime compensation, Avis does not pay its damage managers overtime or premium compensation when they work more than 40 hours in a workweek.

10. Throughout his employment at Avis as a damage manager, Mr. Cunha routinely worked more than 40 hours in a week. He typically worked 10 hours per day, five days per week, and occasionally he would be directed to work weekends.

11. Notwithstanding Avis' classification of the damage manager position as exempt from overtime, the work performed by the damage managers does not qualify them for any overtime exemption.

12. The damage managers' primary duty is to visually appraise damage to the vehicles that Avis rents out to customers, take photographs of the damage, write estimate reports, and then send those reports and photographs to Avis for evaluation and further instruction.

13. Damage managers only have authority to independently handle repairs for minor damage to vehicles. In cases involving anything other than minor damage, the damage managers are required to get approval and direction from Avis or to follow Avis' detailed guidelines and instructions.

14. For example, if a vehicle was heavily damaged (i.e., the vehicle needed to be "scrapped"), Mr. Cunha would be required to send an appraisal to Avis and wait for direction on how to proceed.

15. Similarly, if Mr. Cunha appraised a vehicle and believed a damaged part on that vehicle could be repaired, he could not get it repaired unless authorized by Avis' guidelines. If

the guidelines said the part should be replaced, he would be required to get it replaced pursuant to the guidelines, notwithstanding his own judgment on the matter.

16. Even in cases involving minor damage to vehicles, the damage managers do not exercise substantial discretion or independent judgment. Their role with respect to that work is generally just to send the vehicle to the vendor who will charge the least amount of money and do the best work.

17. The damage managers do not have substantial discretion to manage their own time. Avis requires that they provide frequent updates on numerous aspects of their job, including inventory reports and reports on daily activities. They are also required to spend a significant amount of time performing routine data entry in Avis' computer system.

18. The damage managers do not perform traditional "adjusting" or "appraising" work. For example, in his role as a damage manager, Mr. Cunha did not interview customers or witnesses, investigate the factual circumstances that led to the damage, negotiate with insurance companies or attorneys, interact with law enforcement, or settle claims.

19. The damage managers do not manage Avis' enterprise or any part of its departments or sub-departments. They do not regularly supervise or direct the work of other employees. They do not have authority to hire or fire anyone, to set anyone's schedules, or to implement new policies.

20. The damage manager position does not require knowledge of an advanced type. Though damage managers are required to have a background in automotive repair, their position does not require them to have an advanced degree or to have completed a prolonged course of education in a specialized intellectual field.

21. Avis knew or should have known that its damage manager does not qualify for any overtime exemption based on their job duties. Avis has been sued several times for overtime violations under the FLSA. Moreover, courts have held that individuals employed in positions similar to Avis' damage managers (i.e., as damage appraisers) are not overtime exempt. Nonetheless, Avis has willfully and recklessly failed to pay the damage managers overtime compensation when they worked more than 40 hours in a workweek.

**Exhaustion of Administrative Remedies**

22. Mr. Cunha has filed his statutory claim with the Office of the Attorney General, and has received a right-to-sue letter in order to proceed in Court.

23. With respect to his claim under the FLSA, Mr. Cunha has filed a written consent to sue form with the Court, which is attached as "Exhibit A" to this Complaint.

**Count I**
**State Law Overtime Violation**

24. Avis' conduct, as set forth above, in failing to pay Mr. Cunha overtime compensation when he worked in excess of 40 hours per workweek violates the Massachusetts Overtime Law, M.G.L. c. 151, § 1A. Mr. Cunha brings this claim in his individual capacity pursuant to M.G.L. c. 151, § 1B.

**Count II**
**Federal Law Overtime Violation**

25. Avis' conduct, as set forth above, in willfully failing to pay its damage managers overtime compensation when they worked more than 40 hours in a workweek constitutes a violation of the federal Fair Labor Standards Act, 29 U.S.C. § 207. Mr. Cunha brings this claim on his own behalf and on behalf of all others similarly situated pursuant to 29 U.S.C. § 216(b).

**Count III**
**State Law Wage Violation**

26. Avis' conduct, as set forth above, in failing to pay Mr. Cunha all of his earned wages, including time-and-a-half pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207, violates the Massachusetts Wage Act, M.G.L. c. 149, §148. Mr. Cunha brings this claim in his individual capacity pursuant to M.G.L. c. 149, § 150.

**Jury Demand**

27. Plaintiff requests a trial by jury on all claims.

WHEREFORE, Plaintiff respectfully requests that the Court enter the following relief:

1. Authorization to notify the defendant's damage managers of their right to opt into this lawsuit pursuant to 29 U.S.C. § 216(b);

2. Compensatory damages for all unpaid wages and unpaid overtime compensation due to the named plaintiff and all other similarly situated individuals;

3. As to Counts I and II, treble damages pursuant to M.G.L. c. 151, § 1B, and/or M.G.L. c. 149, § 150;

4. As to Count III, liquidated damages pursuant to 29 U.S.C. § 216(b);

5. A finding that Avis' violation of the FLSA was willful and that, therefore, the statute of limitations for Count III is three years;

6. Pre- and post-judgment interest;

7. Attorneys' fees and costs; and,

8. Any other relief to which the named plaintiff and other similarly situated individuals may be entitled.

Respectfully submitted,
FERNANDO CUNHA, on behalf of himself and all others similarly situated,

Maura Greene (BBO #547204)
LAW OFFICE OF MAURA GREENE, LLC
6 Beacon Street, Suite 205
Boston, MA 02108
Tel. (617) 936-1580
maura@mauragreenelaw.com

Hillary Schwab (BBO #666029)
Brant Casavant (BBO #672614)
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel. (617) 607-3261
Fax. (617) 488 - 2261
hillary@fairworklaw.com
brant@fairworklaw.com

**Dated:** February 24, 2016

# Exhibit A

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss.

Superior Court Trial Department
Civ. A. No. 15-03674

FERNANDO CUNHA,
on behalf of himself
and all others similarly situated,

Plaintiffs,

v.

AVIS BUDGET CAR RENTAL, LLC,

Defendant.

**OPT-IN CONSENT FORM**

I consent to be a party plaintiff in this case, and designate the Law Office of Maura Greene, LLC, at 6 Beacon Street, Suite 205, in Boston, Massachusetts 02108, and Fair Work P.C. at 192 South Street, Suite 450, in Boston, Massachusetts 02111, to represent me as legal counsel for all purposes in this lawsuit.

Signature: [signature]

Name (Printed): Fernando Cunha

Address: 126 Elm St.
Hilton N.H 03851

Telephone: 603-988-5720

Date: 2/24/2016

# CIVIL ACTION COVER SHEET

DOCKET NUMBER: 15-03674

**Trial Court of Massachusetts**
**The Superior Court**

**COUNTY:** Suffolk

**PLAINTIFF(S):** Fernando Cunha, on behalf of himself and all others similarly

**ADDRESS:** situated

**DEFENDANT(S):** Avis Budget Car Rental, LLC

**ATTORNEY:** Law Office of Maura Greene, LLC

**ADDRESS:** Six Beacon Street, Suite 205
Boston, MA 02108

**BBO:** 547204

**ADDRESS:** c/o Corporation Service Company, 84 State Street, Boston, MA 02109

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| A99 | Other | F | ☒ YES ☐ NO |

***If "Other" please describe:** This is a wage and hour claim and overtime pay claim.

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ........ $ ____
2. Total doctor expenses ........ $ ____
3. Total chiropractic expenses ........ $ ____
4. Total physical therapy expenses ........ $ ____
5. Total other expenses (describe below) ........ $ ____

**Subtotal (A):** $ ____

B. Documented lost wages and compensation to date ........ $ ____
C. Documented property damages to dated ........ $ ____
D. Reasonably anticipated future medical and hospital expenses ........ $ ____
E. Reasonably anticipated lost wages ........ $ ____
F. Other documented items of damages (describe below) ........ $ ____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

**TOTAL (A-F):$** ____

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):
This is a wage and hour claim and overtime claim.

**TOTAL: $** $70,500.00 +

**Signature of Attorney/Pro Se Plaintiff: X** [signature] **Date: 2-26-16**

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

**Signature of Attorney of Record: X** [signature] **Date: 2-26-16**

# CIVIL ACTION COVER SHEET INSTRUCTIONS
# SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

**AC Actions Involving the State/Municipality ***

| Code | Type | Track |
|---|---|---|
| AA1 | Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 | Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 | Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 | Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 | Administrative Action involving Commonwealth, Municipality, MBTA,etc. | (A) |

**CN Contract/Business Cases**

| Code | Type | Track |
|---|---|---|
| A01 | Services, Labor, and Materials | (F) |
| A02 | Goods Sold and Delivered | (F) |
| A03 | Commercial Paper | (F) |
| A04 | Employment Contract | (F) |
| A06 | Insurance Contract | (F) |
| A08 | Sale or Lease of Real Estate | (F) |
| A12 | Construction Dispute | (A) |
| A14 | Interpleader | (F) |
| BA1 | Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 | Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 | Shareholder Derivative | (A) |
| BB2 | Securities Transactions | (A) |
| BC1 | Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 | Intellectual Property | (A) |
| BD2 | Proprietary Information or Trade Secrets | (A) |
| BG1 | Financial Institutions/Funds | (A) |
| BH1 | Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 | Other Contract/Business Action - Specify | (F) |

* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

**ER Equitable Remedies**

| Code | Type | Track |
|---|---|---|
| D01 | Specific Performance of a Contract | (A) |
| D02 | Reach and Apply | (F) |
| D03 | Injunction | (F) |
| D04 | Reform/ Cancel Instrument | (F) |
| D05 | Equitable Replevin | (F) |
| D06 | Contribution or Indemnification | (F) |
| D07 | Imposition of a Trust | (A) |
| D08 | Minority Shareholder's Suit | (A) |
| D09 | Interference in Contractual Relationship | (F) |
| D10 | Accounting | (A) |
| D11 | Enforcement of Restrictive Covenant | (F) |
| D12 | Dissolution of a Partnership | (F) |
| D13 | Declaratory Judgment, G.L. c.231A | (A) |
| D14 | Dissolution of a Corporation | (F) |
| D99 | Other Equity Action | (F) |

**PA Civil Actions Involving Incarcerated Party †**

| Code | Type | Track |
|---|---|---|
| PA1 | Contract Action involving an Incarcerated Party | (A) |
| PB1 | Tortious Action involving an Incarcerated Party | (A) |
| PC1 | Real Property Action involving an Incarcerated Party | (F) |
| PD1 | Equity Action involving an Incarcerated Party | (F) |
| PE1 | Administrative Action involving an Incarcerated Party | (F) |

**TR Torts**

| Code | Type | Track |
|---|---|---|
| B03 | Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 | Other Negligence - Personal Injury/Property Damage | (F) |
| B05 | Products Liability | (A) |
| B06 | Malpractice - Medical / Wrongful Death | (A) |
| B07 | Malpractice - Other | (A) |
| B08 | Wrongful Death, G.L. c.229 §2A | (A) |
| B15 | Defamation | (A) |
| B19 | Asbestos | (A) |
| B20 | Personal Injury - Slip & Fall | (F) |
| B21 | Environmental | (F) |
| B22 | Employment Discrimination | (F) |
| BE1 | Fraud, Business Torts, etc. | (A) |
| B99 | Other Tortious Action | (F) |

**RP Real Property**

| Code | Type | Track |
|---|---|---|
| C01 | Land Taking | (F) |
| C02 | Zoning Appeal, G.L. c. 40A | (F) |
| C03 | Dispute Concerning Title | (F) |
| C04 | Foreclosure of a Mortgage | (X) |
| C05 | Condominium Lien & Charges | (X) |
| C99 | Other Real Property Action | (F) |

**MC Miscellaneous Civil Actions**

| Code | Type | Track |
|---|---|---|
| E18 | Foreign Discovery Proceeding | (X) |
| E97 | Prisoner Habeas Corpus | (X) |
| E22 | Lottery Assignment, G.L. c. 10 §28 | (X) |

**AB Abuse/Harassment Prevention**

| Code | Type | Track |
|---|---|---|
| E15 | Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 | Protection from Harassment, G.L. c. 258E | (X) |

**AA Administrative Civil Actions**

| Code | Type | Track |
|---|---|---|
| E02 | Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 | Certiorari Action, G.L. c.249 §4 | (X) |
| E05 | Confirmation of Arbitration Awards | (X) |
| E06 | Mass Antitrust Act, G. L. c. 93 §9 | (A) |
| E07 | Mass Antitrust Act, G. L. c. 93 §8 | (X) |
| E08 | Appointment of a Receiver | (X) |
| E09 | Construction Surety Bond, G.L. c. 149 §§29, 29A | (A) |
| E10 | Summary Process Appeal | (X) |
| E11 | Worker's Compensation | (X) |
| E16 | Auto Surcharge Appeal | (X) |
| E17 | Civil Rights Act, G.L. c.12 §11H | (A) |
| E24 | Appeal from District Court Commitment, G.L. c.123 §9(b) | (X) |
| E25 | Pleural Registry (Asbestos cases) | |
| E94 | Forfeiture, G.L. c265 §56 | (X) |
| E95 | Forfeiture, G.L. c.94C §47 | (F) |
| E99 | Other Administrative Action | (X) |
| Z01 | Medical Malpractice - Tribunal only, G.L. c. 231 §60B | (F) |
| Z02 | Appeal Bond Denial | (X) |

**SO Sex Offender Review**

| Code | Type | Track |
|---|---|---|
| E12 | SDP Commitment, G.L. c. 123A §12 | (X) |
| E14 | SDP Petition, G.L. c. 123A §9(b) | (X) |

**RC Restricted Civil Actions**

| Code | Type | Track |
|---|---|---|
| E19 | Sex Offender Registry, G.L. c.6 §178M | (X) |
| E27 | Minor Seeking Consent, G.L. c.112 §12S | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF -** The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.**

**DUTY OF THE DEFENDANT -** If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.**
**FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.**

**COMMONWEALTH OF MASSACHUSETTS**
**SUFFOLK COUNTY CIVIL**
**Docket Report**

**1584CV03674**
**Cunha, Fernando vs. Avis Budget Car Rental LLC**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Contract / Business Cases | **FILE DATE:** | 12/03/2015 |
| **ACTION CODE:** | A99 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Other Contract Action | | |
| **CASE DISPOSITION DATE** | | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Pending | **STATUS DATE:** | 12/03/2015 |
| **CASE JUDGE:** | | **CASE SESSION:** | |

**LINKED CASE**

**DCM TRACK**

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Service | 03/02/2016 | |
| Answer | 04/01/2016 | |
| Rule 12/19/20 Served By | 04/01/2016 | |
| Rule 12/19/20 Filed By | 05/02/2016 | |
| Rule 12/19/20 Heard By | 05/31/2016 | |
| Rule 15 Served By | 04/01/2016 | |
| Rule 15 Filed By | 05/02/2016 | |
| Rule 15 Heard By | 05/31/2016 | |
| Discovery | 09/28/2016 | |
| Rule 56 Served By | 10/28/2016 | |
| Rule 56 Filed By | 11/28/2016 | |
| Final Pre-Trial Conference | 03/27/2017 | |
| Judgment | 12/04/2017 | |

**PARTIES**

**Plaintiff**
Cunha, Fernando

**Attorney** **547204**
Maura Anne Greene
Law Office of Maura Greene, LLC
Law Office of Maura Greene, LLC
6 Beacon Street, Suite 205
Boston, MA 02108
Work Phone (617) 866-8066
Added Date: 12/04/2015

**Defendant**
Avis Budget Car Rental LLC