## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO CUNHA, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>    Defendant. | Civil Action No. 1:16-cv-10545-FDS |

## [PROPOSED] ORDER APPROVING SETTLEMENT

Plaintiff Fernando Cunha and Defendant Avis Budget Car Rental, LLC have presented to

the Court a Joint Motion requesting that the Court approve a settlement under the Fair Labor

Standard Act (FLSA) on behalf of Mr. Cunha and three other individuals who have opted to join

this litigation pursuant to 29 U.S.C. § 216(b) (the "Opt-in Plaintiffs"). Having reviewed the

parties' submissions and having conducted a hearing on this Joint Motion, the Court concludes

that the settlement the parties propose is fair and reasonable, considering the complexity,

expense and likely duration of this litigation; the uncertainty of the Opt-in Plaintiffs prevailing

on the merits; the range of any potential recovery; and the representations of counsel expressed

at a hearing held by the Court. The Court further finds that Plaintiff has throughout these

proceedings has been represented by competent counsel, and that the settlement negotiated is

based on the independent review of the facts and the law by Plaintiff's counsel. Moreover, the

Court finds that the requested award for fees and costs by Plaintiff's counsel is fair and

reasonable, given Plaintiff's counsel's experience in this field, the amount of time expended in

this matter, and the results achieved on behalf of the Opt-in Plaintiffs. There is no evidence of any fraud or collusion in connection with parties' proposed resolution.

Accordingly, it is hereby ORDERED that:

1. This Court has jurisdiction over the subject matter of this action, over the parties to this action, and over the Opt-in Plaintiffs.

2. The Court finds that the parties' proposed resolution of this matter is fair, reasonable and adequate to the Plaintiff. The Court hereby grants the Parties' Joint Motion for Approval of Settlement, and finally and unconditionally approves the parties' proposed resolution of this matter, including the Opt-in Plaintiffs' release of their FLSA claims against Defendant.

3. The Court hereby dismisses this action on the merits with prejudice. The parties have waived all rights of reconsideration and appeal.

4. The Court approves Plaintiff's counsel's request for attorneys' fees and costs. Otherwise each party shall bear his or its own, costs, expenses and attorneys' fees.

ORDERED AND ENTERED this _19th_ day of _July_ , 2017.

The Honorable F. Dennis Saylor

2