# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FERNANDO CUNHA, on behalf of** ) <br> **himself and others similarly situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **AVIS BUDGET CAR RENTAL, LLC,** ) <br> ) <br> **Defendant.** ) | **C.A. No. 16-cv-10545-FDS** |

# ORDER OF DISMISSAL

**SAYLOR, J.**

In accordance with the Court's Order Approving Settlement of July 19, 2017, it is hereby ORDERED that the above-entitled action be dismissed.

|  |  |
|---|---|
|  | SO ORDERED. <br> BY THE COURT: |
| July 20, 2017 <br> Date | /s/ Lisa Pezzarossi <br> Deputy Clerk |